IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:21-CR-150-KAC-JEM |
| ANTONIO FONTAINE, ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned on the Motion for Substitution of Counsel [Doc. 73], filed by Attorney Randall E. Reagan on May 14, 2025. *See* 28 U.S.C. § 636(b).

The Court appointed Attorney Randy Reagan to represent Defendant Fontaine at his initial appearance on an Amended Petition/Order on September 26, 2024 [Doc. 63]. On May 14, 2025, Attorney Reagan filed a Motion for Substitution of Counsel [Doc. 73]. Attorney Reagan states that in *United States v. Antonio Fontaine*, No. 3:24-CR-103, Defendant filed a pro se Motion to Recuse Counsel [Doc. 30], and Attorney Reagan filed a Motion for Review of Attorney-Client Relationship [Doc. 52]. The Court relieved Attorney Reagan of his representation in that matter and appointed Attorney Steve McGrath to represent Defendant Fontaine [Doc. 73 p. 1].

For good cause shown, the Motion for Substitution of Counsel [**Doc. 73**] is **GRANTED**. Attorney Reagan is relieved as counsel of record for Defendant Fontaine and Attorney Reagan is **DIRECTED** to provide new counsel with discovery and the information from Defendant Fontaine's file. The Court recognizes the need for Defendant Fontaine to be represented continuously by counsel. Attorney Steve McGrath agreed to accept representation of Defendant Fontaine. The Court **SUBSTITUTES** and **APPOINTS** Attorney McGrath under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, as counsel of record for Defendant Fontaine.

Accordingly, it is **ORDERED**:

(1) the Motion for Substitution of Counsel [**Doc. 73**] is **GRANTED**;

(2) Attorney Randy Reagan is **RELIEVED** of his representation of Defendant Fontaine, and Attorney Reagan is **DIRECTED** to provide new counsel with the discovery and information from Defendant Fontaine's file; and

(3) Attorney Steve McGrath is **SUBSTITUTED** and **APPOINTED** as Defendant Fontaine's counsel of record under the CJA.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge