UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )
                               )
v.                             )        No. 3:21-CR-150-KAC-DCP
                               )
ANTONIO FONTAINE,              )
                               )
                Defendant.     )

**O R D E R**

This case is before the Court on Defendant Antonio Fontaine's Motion to Continue Hearing on Revocation of Supervised Release [Doc. 85], which he filed on March 6, 2026. District Judge Katherine A. Crytzer referred the motion to the undersigned for determination or report and recommendation, as may be appropriate [Doc. 86].

Defendant asks the Court to continue the hearing on his revocation of supervised release, set for April 7, 2026 [Doc. 85]. In support of his motion, Defendant states that his current counsel was appointed as substitute counsel on February 12, 2026 [*Id.* ¶ 1]. Defendant's counsel received the complete file, including discovery, from prior counsel on March 3, 2026 [*Id.* ¶ 2]. Defendant's counsel, however, has been out of the office ill since March 4, 2026, and has not yet begun reviewing these materials other than obtaining a general understanding of the volume of materials, which includes three thumb drives [*Id.*]. Defendant's counsel anticipates it will take a significant amount of time to review these materials, discuss them with Defendant, and prepare for a revocation hearing [*Id.*]. Defendant represents that counsel for the Government does not oppose the proposed continuance [*Id.* ¶ 3].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds good cause to continue the revocation hearing to allow

Defendant sufficient time to prepare. Further, this case is tracking Defendant's criminal case in *United States v. Fontaine*, 3:24-CR-103, in which the undersigned recently granted an ends-of-justice continuance of the trial date to August 11, 2026, to allow time for Defendant's counsel to review discovery, discuss with Defendant, confer with the Government regarding a potential resolution, and if that is not successful, to otherwise prepare for trial [*United States v. Fontaine*, 3:24-CR-103, Doc. 45]. Thus, for good cause shown, Defendant Fontaine's revocation hearing is also continued to August 11, 2026.

Accordingly, it is **ORDERED** as follows:

(1) Defendant Antonio Fontaine's Motion to Continue Hearing on Revocation of Supervised Release [**Doc. 85**] is **GRANTED**; and

(2) the revocation hearing is reset to commence on **August 11, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge.

**IT IS SO ORDERED.**

ENTER:

Jill E. McCook
United States Magistrate Judge

2